**IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01321-RPM

DENISE REID,

    Plaintiff,

v.

GEICO General Insurance Company, a Maryland corporation,

    Defendant.

---

**ORDER RE:  UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT**

---

THE COURT, having reviewed the Unopposed Motion for Leave to File Plaintiff's Motion for Summary Judgment, and being fully advised herein, hereby GRANTS said motion.

SO ORDERED this 15th day of November, 2005.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Senior District Judge Richard P. Matsch